

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00032-CV

| | | |
|---|---|---|
| MELANIE BELL LORANT, Appellant | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-313813-19) |
| V. | § | November 10, 2022 |
| 2016 PARKVIEW CONDOMINIUMS DEVELOPMENT LLC, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Melanie Bell Lorant shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker